**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BEAZLEY UNDERWRITING, LTD.** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-728** |
| | : | |
| **ASOCIACION PUERTORRIQUENOS EN MARCHA, INC.** | : | |

**ORDER**

This 4th day of August, 2026,for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Judgment on the Pleadings, ECF 18, is **GRANTED in part** and **DENIED in part**, as follows:

As to the applicability of Pennsylvania law, the Motion is **GRANTED**; in all other respects it is **DENIED.**

The parties shall meet and confer for the purpose of proposing a case management order.

/s/ Gerald Austin McHugh
United States District Judge